UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1963

SHAHBAZ BUTT,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals. (A79-242-484)

Submitted: May 25, 2007                    Decided: June 13, 2007

Before WILKINSON, WILLIAMS, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Thomas A. Elliot, Fabienne Chatain, Thomas A. Tousley, ELLIOT & MAYOCK, Washington, D.C., for Petitioner. Peter D. Keisler, Assistant Attorney General Stephen J. Flynn, Senior Litigation Counsel, Arthur L. Rabin, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shahbaz Butt, a native and citizen of Pakistan, petitions for review of an order of the Board of Immigration Appeals (Board) adopting and affirming the Immigration Judge's denial of his application for adjustment of status. We have reviewed Butt's claims in the context of the record and find that substantial evidence supports the finding that Butt is ineligible for adjustment of status.[*] Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Butt, No. A79-242-484 (B.I.A. Aug. 4, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*]We lack jurisdiction to review Butt's challenge to the Immigration Judge's alternative finding denying adjustment of status as a matter of discretion. See 8 U.S.C. § 1252(a)(2)(B)(i) (2000).

- 2 -